DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEFFREY ROGERS,**
Appellant,

v.

**GRIFFIN COMMERCE CENTER, INC.** d/b/a **VERSATILE WAREHOUSING,**
Appellee.

No. 4D22-1961

[January 4, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE21018235.

Jeffrey Rogers, Dania Beach, pro se.

Peter Sobota of Sobota P.L., Davie, for appellee.

PER CURIAM.

*Affirmed. See Goodall v. Whispering Woods Ctr., L.L.C.*, 990 So. 2d 695, 700 (Fla. 4th DCA 2008) (stating that "[w]hen there are conflicts between the allegations of a complaint and the documents attached as exhibits to the complaint, the plain language of the documents control"); *Horizon Images, Inc. v. Delta Color Graphics, Inc.*, 639 So. 2d 186, 187 (Fla. 4th DCA 1994) (holding that there must be "a clear intention in the contract between [the contracting parties] to directly and substantially benefit [the third party], in order for [the third party] to sue on the third party beneficiary theory"); *Hollywood Lakes Country Club, Inc. v. Cmty. Ass'n Servs., Inc.*, 770 So. 2d 716, 719 (Fla. 4th DCA 2000) (holding that dismissal of a complaint for breach of contract based on a third party beneficiary theory is warranted where "the contract attached to the complaint shows no intent to directly and substantially benefit" the third party).

GROSS, LEVINE and CONNER, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*